[No. 32177-3-I. Division One. August 22, 1994.]

MELCO INDUSTRIES, INC., *Respondent*, v. JAMES CHICHESTER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-08341-0, Sally Pasette, J., entered Decem-

ber 22, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Baker and Kennedy, JJ.